FILED

2018 SEP 26 PM 1:31

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) ) ) | JUDGE POLSTER |
| v. | ) ) | CASE NO. 1:18 CR 562 |
| ANTONIO STEWART, | ) ) | Title 18, Sections 922(g)(1) and 924(d)(1), United States Code; Title 21, Sections 841(a)(1), |
| Defendant. | ) ) ) ) ) | (b)(1)(D), and 853, United States Code; Title 28, Section 2461(c), United States Code |

COUNT 1
(Distribution of Marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(D))

The Grand Jury charges:

1. On or about July 27, 2018, in the Northern District of Ohio, Eastern Division, Defendant ANTONIO STEWART did knowingly and intentionally distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

COUNT 2
(Distribution of Marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(D))

The Grand Jury further charges:

2. On or about July 31, 2018, in the Northern District of Ohio, Eastern Division, Defendant ANTONIO STEWART did knowingly and intentionally distribute marijuana, a

Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

## COUNT 3
(Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. § 922(g)(1))

The Grand Jury further charges:

3. On or about August 3, 2018, in the Northern District of Ohio, Eastern Division, Defendant ANTONIO STEWART, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Domestic Violence, a felony in the 4th degree, in Case Number 13CR088015, in the Lorain County Common Pleas Court, on or about September 8, 2014, did knowingly possess in and affecting interstate commerce a firearm, to wit: a CN Romarm, 7.62 caliber assault rifle, bearing serial number 1984 PF 5483, and ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 4
(Distribution of Marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(D))

The Grand Jury further charges:

4. On or about August 15, 2018, in the Northern District of Ohio, Eastern Division, Defendant ANTONIO STEWART did knowingly and intentionally distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

## COUNT 5
(Felon in Possession of Firearms and Ammunition, in violation of 18 U.S.C. § 922(g)(1))

The Grand Jury further charges:

5. On or about August 15, 2018, in the Northern District of Ohio, Eastern Division, Defendant ANTONIO STEWART, having been previously convicted of a crime punishable by

imprisonment for a term exceeding one year, that being: Domestic Violence, a felony in the 4th degree, in Case Number 13CR088015, in the Lorain County Common Pleas Court, on or about September 8, 2014, did knowingly possess in and affecting interstate commerce firearms, to wit: a Smith and Wesson, 9 mm handgun, bearing serial number HME1151, and ammunition, and a Dan Wesson, 357 magnum, bearing serial number 352299, and ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 6
(Possession with the Intent to Distribute Marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(D))

The Grand Jury further charges:

6. On or about August 29, 2018, in the Northern District of Ohio, Eastern Division, Defendant ANTONIO STEWART did knowingly and intentionally possess with the intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

## COUNT 7
(Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. § 922(g)(1))

The Grand Jury further charges:

7. On or about August 29, 2018, in the Northern District of Ohio, Eastern Division, Defendant ANTONIO STEWART, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Domestic Violence, a felony in the 4th degree, in Case Number 13CR088015, in the Lorain County Common Pleas Court, on or about September 8, 2014, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Smith and Wesson, handgun, bearing serial number HCU5336, and ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE

The Grand Jury further charges:

8. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 7 are incorporated herein by reference. As a result of the foregoing offenses, Defendant ANTONIO STEWART shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violations; any and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations; and any and all property (including firearms and ammunition) involved in or used in the commission of such violations; including, but not limited to, the following:

 a. $14,997.00 in U.S. Currency;

 b. Smith and Wesson, handgun, bearing serial number HCU5336, and ammunition;

 c. Dan Wesson, 357 magnum, bearing serial number 352299, and ammunition;

 d. CN Romarm, 7.62 caliber assault rifle, bearing serial number 1984 PF 5483, and ammunition; and,

 e. Smith and Wesson, 9 mm handgun, bearing serial number HME1151, and ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.